CLOSED

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 08-cv-2623 |
| ) | |
| GEORGE LUMSBY, ) | |
| ) | |
| Defendant. ) | |

## CONSENT JUDGMENT

Plaintiff, UNITED STATES, and Defendant, GEORGE LUMSBY, hereby resolve their dispute as follows:

Defendant consents to judgment in favor of the United States and against Defendant George Lumsby for unpaid income taxes, penalties, and interest relating to tax years ending 1997, 1998, 1999, 2000, 2001, and 2004 in the amount of $205,680.21, as of May 19, 2008, plus penalties, interest, and statutory additions accruing after that date according to law.

//
//
//
//
//
//

3819947.1

For Plaintiff:

*[signature]*

JAN M. GEHT
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6449

For Defendant:

*[signature]*

GEORGE LUMSBY
196 Zeppi Ln
West Orange, NJ 07052

So ORDERED.

Date: 2/4/08

*[signature]*
UNITED STATES DISTRICT JUDGE

Dennis M. Cavanaugh
U.S. District Judge